

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| EL PASO HEALTHCARE SYSTEM, LTD., d/b/a LAS PALMAS MEDICAL CENTER, | § § | No. 08-13-00285-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 3 |
| LAURA MURPHY, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2004-2844) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and its sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, both in this Court and the court below, for which let execution issue. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 26TH DAY OF JUNE, 2015.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, J., and Parks, Judge
Parks, Judge (Sitting by assignment)(Not Participating)